```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11772
    SHAUNTE HENDRIX
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5427


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/02/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/28/2008.
-----------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
 AMERICAN GENERAL FINANCE  SECURED              500.00         9.59         70.55
 AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED          .00           .00
 MONTEREY FINANCIAL        SECURED             2000.00        46.99        175.20
 CENTRAL FURNITURE         SECURED              500.00         9.79         60.33
 CITIZENS FINANCE COMPANY  SECURED              200.00         3.51         66.65
 UNITED AUTO CREDIT        SECURED VEHIC       8706.45       361.56        118.93
 UNITED AUTO CREDIT        UNSECURED         NOT FILED          .00           .00
 AAM INC                   UNSECURED         NOT FILED          .00           .00
 AFFILIATED FINANCIAL      UNSECURED         NOT FILED          .00           .00
 ALLIED INTERSTATE         UNSECURED         NOT FILED          .00           .00
 ASPIRE                    UNSECURED            593.10          .00           .00
 BELL GENERAL CU           UNSECURED         NOT FILED          .00           .00
 CATHERINES                UNSECURED         NOT FILED          .00           .00
 CHECK N GO                UNSECURED         NOT FILED          .00           .00
 CITY OF CHICAGO PARKING   FILED LATE          4165.00          .00           .00
 COLUMBUS BANK & TRUST     UNSECURED         NOT FILED          .00           .00
 COMMONWEALTH EDISON       UNSECURED           1440.45          .00           .00
 ERS SOLUTIONS             UNSECURED            404.02          .00           .00
 PEOPLES GAS               UNSECURED         NOT FILED          .00           .00
 HARRIS NA                 UNSECURED         NOT FILED          .00           .00
 SOUTH SHORE RADIOLOGY     UNSECURED         NOT FILED          .00           .00
 LAKESIDE RADIOLOGISTS     UNSECURED         NOT FILED          .00           .00
 LINEBARGER GOGGAN BLAIR   UNSECURED         NOT FILED          .00           .00
 PAY DAY LOANS             UNSECURED         NOT FILED          .00           .00
 PEOPLES ENERGY            UNSECURED         NOT FILED          .00           .00
 SOUTH SHORE HOSPITAL      UNSECURED         NOT FILED          .00           .00
 PREMIER CREDIT CORPORATI  UNSECURED         NOT FILED          .00           .00
 SAGE TELECOM INC          UNSECURED            262.62          .00           .00
 SURETY FINANCIAL SERVICE  UNSECURED         NOT FILED          .00           .00
 TAYLOR MEDICAL ASSOCIATE  UNSECURED         NOT FILED          .00           .00
 COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00           .00
 USA PAYDAY LOANS          UNSECURED         NOT FILED          .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11772 SHAUNTE HENDRIX
```

```
VERIZON WIRELESS           UNSECURED         809.19              .00              .00
CENTRAL FURNITURE          UNSECURED        2655.94              .00              .00
CITIZENS FINANCE COMPANY   UNSECURED        1508.96              .00              .00
MONTEREY FINANCIAL         SECURED NOT I    2600.00              .00              .00
MONTEREY FINANCIAL         UNSECURED          28.70              .00              .00
HARRIS BANK                SECURED NOT I     546.13              .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     334.00              .00           334.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                          1,340.06
TOM VAUGHN                 TRUSTEE                                             202.84
DEBTOR REFUND              REFUND                                                 .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   2,800.00

PRIORITY                                         334.00
SECURED                                          491.66
   INTEREST                                      431.44
UNSECURED                                           .00
ADMINISTRATIVE                                 1,340.06
TRUSTEE COMPENSATION                             202.84
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                    2,800.00             2,800.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
   Dated: 07/22/08               _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 11772 SHAUNTE HENDRIX